IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ZAHEER M. UDDIN, <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSAL AVIONICS SYSTEMS CORPORATION, et al., <br><br> Defendants. | CIVIL ACTION FILE <br> NO. 1:05-CV-1115-TWT |

OPINION AND ORDER

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 48] of the Magistrate Judge recommending granting in part and denying in part the Defendants' Motion for Summary Judgment [Doc. 40]. No objections to the Report and Recommendation have been filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendants' Motion for Summary Judgment [Doc. 48] is GRANTED as to the hostile work environment claim. It is DENIED as to the termination claim.

SO ORDERED, this 30 day of June, 2006.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge